USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-17-26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re Application of
**INNOVEST DY LIMITED and SHANE CORBY**
for an Order Pursuant to 28 U.S.C. § 1782 to Conduct
Discovery for Use in Foreign Proceedings.

26-MC-453 (LAK)

Misc. Action No. ____________

---------------------------------------------------------------x

**~~[PROPOSED]~~ ORDER GRANTING
APPLICATION PURSUANT TO
28 U.S.C. § 1782**

Upon the Application of Innovest DY Limited and Shane Corby (collectively, "Applicants"), dated September 14, 2026, for an Order pursuant to 28 U.S.C. § 1782(a) authorizing Applicants to issue and serve a subpoena duces tecum upon non-party Avenue Capital Group LLC ("Avenue Capital"), in the form annexed to the Application as Exhibit A (the "Subpoena"), for use in (i) *Northern Foods Limited and Beverley House Food Group Limited v. Shane Corby, Record No. 2026 S 42*, currently pending before the High Court of Ireland, and (ii) a separate proceeding reasonably contemplated by Innovest before the High Court of Ireland, and upon the record before the Court, and good cause appearing therefor, the Court finds that:

1. Avenue Capital is found within the Southern District of New York, within the meaning of 28 U.S.C. § 1782(a);

2. The discovery sought is for use in a proceeding presently pending before the High Court of Ireland and in a separate proceeding reasonably contemplated before that tribunal, which is a foreign tribunal within the meaning of 28 U.S.C. § 1782(a);

3. Applicants are "interested persons" within the meaning of 28 U.S.C. § 1782(a), Innovest as a prospective litigant in the contemplated proceeding and Mr. Corby as the named defendant in the pending proceeding; and

4. The discretionary factors identified *in Intel Corp. v. Advanced Micro Devices, Inc., 542 U.S. 241 (2004),* weigh in favor of granting the Application.

**Accordingly, IT IS HEREBY ORDERED that:**

1. The Application is GRANTED to the extent hereinafter set forth.

2. The Clerk is authorized to issue, and Applicants to serve upon Avenue Capital, pursuant to 28 U.S.C. § 1782(a), a subpoena on Admininstrative Office of United States Court form AO 88B seeking the documents and things described in Schedule A (consisting of ECF pages 16 through 18 of 27) of Dkt 1 (the "Subpoena").

3. This Order is without prejudice to the rights of Avenue Capital and any other person to object to, and to move to quash or modify the Subpoena.

4. Applicants shall serve a copy of this Order on Avenue Capital together with the Subpoena.

SO ORDERED.

Dated: September 17, 2026

Lewis A. Kaplan
United States District Judge